IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DIONTE LAMAR STALLWORTH,
    Petitioner,

vs.                                                       Case No.: 3:17cv937/MCR/EMT

MARK S. INCH,
    Respondent.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 8, 2019 (ECF No. 32). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (ECF No. 5) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 5th day of August, 2019.

                    s/*L.A. Collier*
                  **LACEY A. COLLIER**
                  **SENIOR UNITED STATES DISTRICT JUDGE**